UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                             :

IN RE APPLICATION OF ANDREY GRIGORYEVICH  :      25-MC-0128 (JAV)
GURIEV FOR AN ORDER SEEKING DISCOVERY    :
PURSUANT TO 28 U.S.C. § 1782                         :        <u>ORDER</u>
                                             :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On March 25, 2025, Applicant Andrey Grigoryevich Guriev ("Applicant") commenced this action, seeking an *ex parte* order authorizing discovery for use in a foreign proceeding from Clearing House Payments Company L.L.C. and the Federal Reserve Bank of New York ("Respondents") by means of subpoenas served pursuant to Rule 45 of the Federal Rules of Civil Procedure.  *See* ECF No. 1 ("Appl.").

       The Declaration of John Kucera (ECF No. 4), submitted in support of the Application, discloses that, since 2022, Applicant has been under sanction by the United States Department of the Treasury's Office of Foreign Asset Control ("OFAC") as a Specially Designated National.  ECF No. 4 ¶ 6.

       In light of the Applicant's status, the Court hereby notifies OFAC, through its counsel the United States Department of Justice, of this pending Application.  Should OFAC wish to make a submission addressing the impact, if any, of Applicant's status as a Specially Designated National on the pending Application, it may do so by **August 18, 2025**.  A copy of this Order shall be served upon the United States Attorney's Office for the Southern District of New York, 86 Chambers Street, Third Floor, New York NY 10007, Attention:  Jeffrey Oestericher, Chief of the Civil Division.

       SO ORDERED.

Dated: July 21, 2025
       New York, New York                                _____
                                                                   JEANNETTE A. VARGAS
                                                                   United States District Judge